**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**JULIUS DUNMORE and ANGELA
FETCHER**, on behalf of
themselves and others similarly
situated,

       **Plaintiffs,**

                                    **CASE NO.: 1:05-cv-150-SPM**

vs.

**THE PROGRESSIVE CORPORATION,**
*et al.*,

       **Defendants.**
_____/

**ORDER CONSOLIDATING CASES**

**THIS CAUSE** comes before the Court upon the "Consented Motion to Consolidate Actions" (doc. 8) filed November 17, 2005, in which the parties state that the instant case shares common questions of fact or law with case number 1-00-cv-210-MMP (<u>Smith, *et al.*, v. The Progressive, *et al.*</u>), into which a number of other cases have already been consolidated.  The parties agree that consolidation will promote the speedy and efficient resolution of this case, especially in light of the fact that the <u>Smith</u> case is at an advanced stage of settlement negotiations.

Pursuant to Federal Rule of Civil Procedure 42(a), the Court finds the consolidation to be appropriate. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The motion to consolidate (doc. 8) is hereby *granted*.

2. Case number 1:05-cv-150-SPM is consolidated into case number 1:00-cv-210-MMP.

3. Case number **1:00-cv-210-MMP** is the lead case. The parties shall file all further documents in case number 1:00-cv-210-MMP.

**DONE AND ORDERED** this twenty-second day of November, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao